NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0267n.06
Filed: April 8, 2005

No. 04-1306

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| DAMON RICHARD NELSON, | ) | EASTERN DISTRICT OF MICHIGAN |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Before: MARTIN, COOK, and LAY[*], Circuit Judges.

PER CURIAM. Damon Nelson appeals his sentence for being a felon in possession of a firearm and possessing with intent to distribute crack, arguing that the district court erred in sentencing him under "mandatory" Guidelines, in light of *United States v. Booker*, 125 S. Ct. 738 (2005). We agree that the district court erred, and presume this prejudiced Nelson. *See United States v. Barnett*, 398 F.3d 516, 525-30 (6th Cir. 2005). Because nothing in the record rebuts this presumption, we vacate Nelson's sentence and remand for resentencing in light of *Booker*.

---

[*]The Honorable Donald P. Lay, Circuit Judge for the United States Court of Appeals for the Eighth Circuit, sitting by designation.

No. 03-2406
*Bowman v. Knape & Vogt Manufacturing Company*